UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Nicola McDuffie,

    Plaintiff,

vs.                                                  Case No.   3:07-cv-61-J-32MCR

Attorney Donaldson,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court on Plaintiff's pro se Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a Motion to Proceed In Forma Pauperis.  On February 1, 2007, Judge Howard entered an Order taking Plaintiff's request to proceed in forma pauperis under advisement and directing Plaintiff to file an amended complaint no later than February 16, 2007.  (Doc. 4).  Plaintiff was warned that "[f]ailure to comply with this Order may result in a recommendation that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10(a)."  Id.  Plaintiff failed to file an amended complaint and therefore, on February 21, 2007, Judge Howard entered an Order to Show Cause (Doc. 7) directing Plaintiff to show cause why the case should not be dismissed for failing to comply with the Court's Order and failure to prosecute.  Plaintiff was to respond no later than March 13, 2007.  Id.

---

[1] Any party may file and serve specific, written objections hereto within TEN (10) DAYS after service of this Report and Recommendation.  Failure to do so shall bar the party from a de novo determination by a district judge of an issue covered herein and from attacking factual findings on appeal.  See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(a), 6(a) and (e); Local Rules 6.02(a) and 4.20, United States District Court for the Middle District of Florida.

A review of the docket reveals the Order to Show Cause was returned as undeliverable after two attempts. Accordingly, the Court undertook its own investigation to attempt to locate Plaintiff. The Court was only able to locate one N. McDuffie in Jacksonville, Florida and a telephone call to that number revealed it was not Plaintiff's. As such, the Court concludes Plaintiff has either moved without informing the Court of her new address or has abandoned her claims for relief in this cause. Therefore, it is respectfully

**RECOMMENDED**:

that this case be dismissed for failure to prosecute.

**DONE AND ENTERED** in Chambers in Jacksonville, Florida this  19th  day of March, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Hon. Timothy J. Corrigan,
  United States District Judge

Pro Se Plaintiff