**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NICOLA McDUFFIE,

              Plaintiff,

vs.                                               Case No. 3:07-cv-61-J-32MCR

ATTORNEY DONALDSON,

              Defendant.

## ORDER

This case is before the Court on the March 19, 2007 Report and Recommendation of the assigned United States Magistrate Judge (Doc. 8) which recommends that plaintiff's case be dismissed for failure to prosecute. Unfortunately, the Report and Recommendation, as well as an earlier Order to Show Cause for failure to prosecute (Doc. 7) were returned to the Court as undeliverable at the address plaintiff provided. (See docket entries on March 2, 2007 and March 27, 2007.) Plaintiff has neither filed any objections nor made any further inquiry regarding the status of her case.

Accordingly, upon independent review of the file, it is hereby

**ORDERED**:

1.    The Report and Recommendation (Doc. 8) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.    This case is **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule 3.10(a).

3.    The Clerk is directed to **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of April, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff